ACCEPTED
03-17-00640-CV
21666564
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2018 11:17 AM
JEFFREY D. KYLE
CLERK

# DNRB Z

**Denton Navarro Rocha Bernal & Zech, P.C.**
attorneys & counselors at law • rampagelaw.com

San Antonio | Austin | Rio Grande Valley

2500 W. William Cannon, Suite 609 | Austin, Texas 78745-5320
V 512-279-6431 | F 512-279-6438

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2018 11:17:59 AM
JEFFREY D. KYLE
Clerk

January 8, 2018

Jeffrey D. Kyle, Clerk of the Court            via electronic notification
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

RE:   Court of Appeals Number: 03-17-00640-CV
      Trial Court Case No.: 289,598-C
      *City of Killeen, Texas v. Joy Worsdale, Individually and as Personal
      Representative of the Estate of Scott Worsdale, et al.*

Dear Mr. Kyle:

It is the Appellant's intention to have attorney Sameer S. Birring argue this case before this Court on behalf of the Appellant, the City of Killeen, Texas, in the above-referenced matter on January 24, 2018, commencing at 1:30 p.m. We request to use Appellant's allotted twenty minutes as follows: ten (10) minutes for initial argument and ten (10) minutes reserved for rebuttal.

Very truly yours,

**Denton Navarro Rocha Bernal & Zech, P.C.**
attorneys & counselors at law • rampagelaw.com

LOWELL F. DENTON
SAMEER S. BIRRING

---

Serving all of Texas from our San Antonio, Austin and Rio Grande Valley offices

Jeffrey D. Kyle, Clerk of the Court
January 8, 2018
**2** | P a g e

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been served upon the below named individuals as indicated, and according to the Texas Rules of Appellant Procedure and/or via electronic notification on this the 8th day of January, 2018:

Michael L. Scanes                                         *via Electronic Notification*
Benjamin C. Yelverton
Scanes & Routh, LLP
7901 Fish Pond Road, Suite 200
P.O. Box 20965
Waco, Texas 78702

Scott R. Crivelli                                         *via Electronic Notification*
The Carlson Law Firm
100 E. Central Texas Expressway
Killeen, Texas 76541

Aaron Speer                                               *via Electronic Notification*
Kane Russell Coleman & Logan, P.C.
1601 Elm St.
Dallas, Texas 75201

Steven J. Duskie                                          *via Electronic Notification*
Lindley, Wiley & Duskie, P.C.
500 North 10th Street
P.O. Box 1384
Killeen, Texas 76540

C. Wilson Shirley, III                                    *via Electronic Notification*
Savrick, Schumann, Johnson, McGarr, Kaminski
 & Shirley, L.L.P.
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735

_____
LOWELL F. DENTON
SAMEER S. BIRRING